MICHAEL GANDY 04778-015
FEDERAL PRISON CAMP
P.O. BOX 2000
LEWISBURG PA. 17837

AUGUST 28, 2005



HONORABLE CHIEF JUDGE SUE ROBINSON
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Robinson        04 cr 10 (SLR)

    I was recently before you (May 18, 2005) and I received a sentence of 135 months. I thank you for allowing me to accept responsibility for my actions, causing me to receive a reduction by 3 points. I really wanted to accept the plea on december 1, 2004, but I wanted to be there for my first child's birth. Then the second incident came before me which cause me to miss her birth (March 29, 2004). Upon pleaing I was hoping to receive the safety valve, but my counsel advised me it was better to try and help myself as well as the government. I have agreed to the approach this situation through the advice of counsel and I'm trying to meet with AUSA Mrs. Byrd and the agents involved in the case. Your Honor this situation has been so hard on me because I listened to bad advice and now I feel I destroyed my life. I fear that my daughter might grow up not knowing me, which has been my main focus of trying to help myself, I know I should have known better. I had the chance to make a diffence in my life not just for me, but for my daughter and my fiance. Your Honor I don't know legally what you can do, but if there's anything you can do to get this situation moving along, I would greatly appreciate your help. As of now I been taking all the programs that the prison has to offer and I'm honestly willing to do whatever it takes to better myself. I'm hoping for a chance to start over and begin a new life with my daughter. I know I deserve some punishment for my actions but I'm a twenty six year eager young man looking for another chance to be a positive successful citizen in society. I know with the training I have I can help other young men in the streets before they make the same mistakes I did. Words can't truly express how sorry I am for my actions. I cry myself to sleep at night and wake up knowing the pain I cause in people lives and the lives in my family. I feel like God is angry at me for hurting his people. If there was ever a defendant who with another opportunity to make you proud, your honor please allow it to be me I promise not to let you down.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS VERY IMPORTANT MATTER.

                                            VERY TRULY YOURS,

                                            MICHAEL GANDY 04778-015

Inmate Name: MICHAEL GANDY
Register Number: # 04778-015

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837



OFFICE OF THE CLERK
HONORABLE CHIEF JUDGE SUE ROBINSON
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

U.S.M.S
X-RAY

legal mail