August 29, 2005


Stephen P. Patrizio, Esquire
Dranoff & Patrizio, P.C.
117 S. 17th Street
Suite 1600



      RE: Docket No.: 1:04 CR 00010-001 (SLR)

Dear Mr. Patrizio:

    My name is Michael Gandy, and you represented me at my
sentencing and also, on this Appeal and i am waiting for a
brief, because I would like for you perfect an appeal on my
behalf using Booker, that was handed down on January 12, 2005.
At my sentencing you made objection to the Presentencing
Investigation Report, and theses issue were preserved for
review and I would like them raised on appeal.

    Also, would you please send me a copy of the brief and
the following documents:

    (1) Sentencing Transcripts

    (2) Plea Colloquy Hearing

    (3) Presentencing Investigation Report


I would like to have these documents to read them to see if
I have other Booker, issues and also to us them on § 2255.

Thank you for your cooperation.

Respectfully submitted

BY: _____

Michael Gandy
Reg. No.# 04778-015
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA. 17837

cc: United Stated Court of Appeal Third Circuit:
    United States District Court Judge:



U.S.M.S
X-RAY

HARRISBURG PA 17107
PM
2005

OFFICE OF THE CLERK
HONORABLE CHIEF JUDGE SUE ROBINSON
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

19801+35770

Inmate Name: MICHAEL GANDY
Register Number: # 04778-015

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

legal mail