# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 8, 2005

Michael Gandy
#04778-015
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA  17837

Re:  **United States v. Michael Gandy**,
Crim. Nos. 04-010-SLR & 05-004-SLR

Dear Mr. Gandy:

I am in receipt of your letter dated August 28, 2005.
If you are seeking relief from your conviction or sentence
through the District Court, you must do so through filing a
motion pursuant to 28 U.S.C. § 2255, to which the government has
the opportunity to respond.

Sincerely,

Sue L. Robinson

cc:  Clerk of Court