IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 04-10-SLR |
| MICHAEL GANDY, | : and No. 05-04-SLR |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on May 24, 2006, served the foregoing:

**SUBSTITUTION OF COUNSEL**

by causing two (2) copies of said document to be delivered via U.S. Mail to attorney(s) of record at the following address:

Stephen P. Patrizio, Esquire
Dranoff and Patrizio, P.C.
117 South 17th Street, Suite 1600
Philadelphia, Pa. 19103

/s/Jennifer Brown
Jennifer Brown