**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



December 1, 2006

Michael Gandy
# 04778-015
FCI Allenwood LOW
Federal Correctional
  Institution
P.O. Box 1000
White Deer, PA  17887

      Re:  United States v. Michael Gandy,
           Crim. Nos. 04-10-SLR & 05-04-SLR

Dear Mr. Gandy:

    As the attached docket sheets reflect, the court is in receipt of your motions for a reduction of sentence and your letters requesting designation to a different prison. Your motions have been forwarded to the United States Attorney's Office for a response. With respect to your letters, the Bureau of Prisons, *not the court*, is responsible for determining the place of imprisonment for each prisoner committed to its custody, taking into account the characteristics of the prisoner as well as additional factors outlined in 18 U.S.C. § 3621(b). As a result, requests for reassignment should be directed to the Bureau of Prisons.

                                 Sincerely,

                                 Sue L. Robinson

cc:  Clerk of Court
     David Hall, Assist. U.S. Attorney
     John R. McDonough, Chief Probation
       Officer