OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 21, 2007

TO: Michael C. Gandy
    #04778-015
    FCI Allenwood
    Low Security Correctional Institution
    P.O. Box 1000
    White Deer, PA 17887

   **RE:** ***Request for Docket Sheet; CR 04-10 and 05-4(SLR)***

Dear Mr. Gandy:

   A letter has been received by the Clerk's office from you requesting a copy of the docket sheets in the above-mentioned cases.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork (including docket sheets) is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment in the amount of $10.50 ($3.00 for CR 05-4 and $7.50 for CR 04-10) should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson