IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CALEF GANDY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>UNITED STATES of AMERICA, )<br>)<br>Respondent. ) | Criminal Action No. 04-10-SLR<br>Criminal Action No. 05-04-SLR |

**O R D E R**

WHEREAS, petitioner filed a motion titled "motion for reconsideration of sentence." (D.I. 103 in Crim. A. No. 04-10; D.I. 29 in Crim. A. No. 05-4); and

WHEREAS, in its response, the Government:

(1) concluded that petitioner's motion for reconsideration of sentence should be denied, but that petitioner should assert his arguments pursuant to 28 U.S.C. § 2255; and

(2) provided a sample order that construed petitioner's motion for reconsideration as a § 2255 motion, notified petitioner that the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent § 2255 motion except in the most unusual of circumstances, and informed petitioner that the

AEDPA applies to his pending motion, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000); and

(3) provided petitioner with the Government's version of an AEDPA election form containing four possible responses to the re-characterization of petitioner's motion as a § 2255 motion. (D.I. 115 in Crim. A. No. 04-10; D.I. 40 in Crim. A. No. 05-4); and

WHEREAS, on January 22, 2007, petitioner filed a handwritten document he referred to as an amended § 2255 motion along with the AEDPA election form provided by the Government, indicating that he wanted the court to construe his motion for reconsideration as a § 2255 motion and that he wished to amend his § 2255 motion within the next 30 days. (D.I. 116 in Crim. A. No. 04-10; D.I. 41 in Crim. A. No. 05-4); and

WHEREAS, petitioner did not file any further amendments of his § 2255 motion in the prescribed 30 days.

NOW, THEREFORE, IT IS ORDERED this 28th day of February, 2007, that:

1. Pursuant to petitioner Michael Calef Gandy's AEDPA election form and attached memorandum, the court construes petitioner's motion for reconsideration as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (D.I. 103 and D.I. 116 in Crim. A. No. 04-10; D.I. 29 and D.I.

2

41 in Crim. A. No. 05-4)

    2.  The clerk of the court shall open two civil actions for petitioner's newly construed § 2255 motions.  (D.I. 103 and D.I. 116 in Crim. A. No. 04-10;  D.I. 29 and D.I. 41 in Crim. A. No. 05-4)

    3.  The Government shall respond to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, on or before  May 4, 2007 .  (D.I. 103 and D.I. 116 in Crim. A. No. 04-10;  D.I. 29 and D.I. 41 in Crim. A. No. 05-4)

                                                 _Sue L. Robinson_
                                          United States District Judge