CR 04-10; CR 05-4

Dear Honorable Judge Sue L. Robinson:

This letter comes before you in respect to my 2255 motion. I would like to know the status of my motion which is regarding the safety valve 3553(F) 5C1.2. I understand that the government responded in late march. Which prompted me the defendent to send a rebuttle of the government response. Again I would like to know the status of my motion, and if there is a time or deadline for the decision.

Michael Gandy
04778-015
F.P.C Schoylkill



Bb scanned

Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954-0670

Mailed from *Michael Cassidy*
Federal Prison Camp
Schuylkill Pa.

HARRISBURG PA 171
23 JUL 2007 PM 5 L

TO *Honorable Judge Sue L Robinson*
*844 N KING STREET*
*U.S. Courthouse*
*Wilmington DE 19801*

