FILED
OCT - 5 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

Dear Judge Sue L. Robinson:

I Michael Calef Gandy am writing the courts regarding my 2255 petition of my sentence. I asking the courts if there has been a ruling regarding my issues not of my conviction but rather the point range that I was initial in before my departure. The last document I received was a document stating that the court received my rebuttle to the government answer of my petition. Is there a time table to my petition being answered by the court.

I thank the court for its time & consideration to respond to petition and request.

Thank you
Michael Gandy
04778-015

F.C.I Schuylkill
P.O. Box 759
Minersville PA 17954

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from Michael Gandy 04728-015
Federal Correctional Institution
Schuylkill Pa.

U.S.M.S. X-RAY

READING PA 196
02 OCT 2007 PM 1 L

TO  Judge Sue L. Robinson  Lockbox 31
    U.S. Courthouse
    844 N King Street
    Wilmington DE 19801