# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

November 2, 2007

Michael Gandy
# 04778-015
FCI Schuylkill
Satellite Camp
P.O. Box 670
Minersville, PA 17954

      Re:   United States v. Michael Gandy,
              Crim. Nos. 04-010-SLR & 05-004-SLR

Dear Mr. Gandy:

     In response to your letters of inquiry, I contacted the Office of Probation and Pretrial Services and learned that, on September 28, 2007, you were found to be in possession of a cell phone. As a result, you lost good time credit and your new release date is May 27, 2008. I am without authority to intercede on your behalf. Morever, it would appear that the Bureau of Prisons had good cause for its decision.

                                            Sincerely,

                                            Sue L. Robinson

cc: Clerk of Court
     John R. McDonough, Chief Probation
     Officer