IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 05-04-SLR |
| : | |
| MICHAEL GANDY, : | |
| : | |
| Defendant. : | |

DEFENDANT'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Michael Gandy, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582(c)(2), files this Motion for Retroactive Cocaine Base Sentencing Reduction.

In support of this motion, Mr. Gandy avers as follows:

1. By written report dated January 30, 2008, the United States Probation Office determined that defendant, Michael Gandy, qualifies for the two-level guideline reduction, and would be eligible for a sentence of 36-months imprisonment.

2. By letter dated February 13, 2008, the U.S. Attorney's Office indicated that it did not oppose application of the two-level reduction, and took no position on whether a further sentencing reduction was appropriate.

3. With the agreement of the client, defense counsel waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests that the District Court consider a sentence of 36-months imprisonment.

WHEREFORE, it is respectfully requested that Mr. Gandy's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

_/s/_____
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Gandy

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Date:  February 21, 2008