IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-04-SLR |
| MICHAEL GANDY, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____ 2008, upon consideration of Defendant's Motion for Retroactive Cocaine Base Sentencing Reduction, it is hereby ordered that the motion is GRANTED. The judgment is hereby amended to reflect a sentence of \_\_\_\_\_ months imprisonment. So as to assure that the Bureau of Prisons has the time necessary to establish a release plan for the defendant, this Order shall take effect within ten days of today's date.

By the Court,

_____
Honorable Sue L. Robinson
United States District Court