AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael Gandy | ) Case No: 1:05CR00004-001 (SLR) |
| | ) USM No: 04778-015 |
| Date of Previous Judgment: November 1, 2006 | ) Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __45__ months **is reduced to** __Time Served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __33__                 Amended Offense Level: __31__
Criminal History Category: __I__               Criminal History Category: __I__
Previous Guideline Range: __135__ to __168__ months   Amended Guideline Range: __108__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.

X  Other (explain):  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __11/1/06__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 3, 2008

_____
Judge's signature

Effective Date: March 3, 2008                   Sue L. Robinson, USDJ
(if different from order date)                  Printed name and title