IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CALEF GANDY, | ) |
| | ) |
| Movant/Defendant, | ) |
| | ) Crim. No. 04-10-SLR |
| | ) Civ. No. 07-130 -SLR |
| v. | ) Crim. No. 05-4-SLR |
| | ) Civ. No. 07-131 -SLR |
| | ) |
| UNITED STATES of AMERICA, | ) |
| | ) |
| Respondent/Plaintiff. | ) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion issued in this action today;

IT IS ORDERED that:

1. Movant Michael Calef Gandy's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED, and the relief requested therein is DENIED. (D.I. 41; D.I. 116)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

Dated: March 5, 2008

_____
UNITED STATES DISTRICT JUDGE